J. Evan Shapiro (SBN 218481)
eshapiro@taulersmith.com
Camrie Ventry (SBN 355853)
cventry@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 1100
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff Brandon Gibbons*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON GIBBONS individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>IRIDEX CORPORATION, a Deleware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:26-cv-03471-BJC-VET<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Brandon Gibbons and Defendant Iridex Corporation, have reached a resolution of the above-captioned case. The Parties are working on the final settlement papers and expect Plaintiff will dismiss his individual claims with prejudice within the next 45 days.

Dated: August 21, 2026

TAULER SMITH LLP

By: */s/J. Evan Shapiro*
J. EVAN SHAPIRO
Attorney for Plaintiff
Brandon Gibbons